**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MICHAEL L. KERN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:10-cv-379-WTL-JMS |
| ) | |
| STATE OF INDIANA DEPT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**E N T R Y**

In his filing of June 4, 2010, the plaintiff objects to the court's order to collect the balance of $336.00 to pay the entire filing fee.

The plaintiff incurred the obligation to pay $350.00 upon the filing of this lawsuit. *United States v. Antonelli*, 371 F.3d 360, 362 (7th Cir. 2004) ("even when granting *in forma pauperis* status, the district court assesses an initial partial filing fee that a prisoner must prepay, and the entire filing fee will eventually be deducted from the inmate's prison trust account."); *Hains v. Washington,* 131 F.3d 1248, 1250 (7th Cir. 1997) (filing fees must be paid even when a case is dismissed under § 1915A); *Abdul-Wadood v. Nathan,* 91 F.3d 1023, 1025 (7th Cir. 1996) (filing a new action or appeal triggers an obligation to pay the docket fee). The court's order directing monthly payments to collect the balance of the $350.00 filing fee for this action was proper. The plaintiff's filing of June 4, 2010, treated as an objection to that order, is **overruled.**

**IT IS SO ORDERED.**

Date: 06/24/2010

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael Kern
#972449
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135-9275